```
             IN THE UNITED STATES DISTRICT COURT

                    FOR THE DISTRICT OF OREGON

                          PORTLAND DIVISION
```

LaVAUGHNDA REED,                                    CV. 11-541-MO

        Plaintiff,                        AMENDED JUDGMENT

    v.

DYAN BRADLEY, et al.,

        Defendants.

MOSMAN, District Judge.

    Plaintiff having mailed her Motion to Dismiss this action without prejudice on July 1, 2011, but which was not received by the court until August 22, 2011, the court honors the Prison Mailbox Rule and GRANTS the Motion to Dismiss [15]. As a result, the court issues this Amended Judgment wherein IT IS ORDERED AND ADJUDGED that this Action is DISMISSED, WITHOUT PREJUDICE.

    DATED this __16th__ day of September, 2011.

                                      /s/ Michael W. Mosman
                                        Michael W. Mosman
                                        United States District Judge

1 - AMENDED JUDGMENT